**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Tallahassee Division)**

CHRISTOPHER SHANE TOTH and
JAMIE ANN PRINCIPATO

       Plaintiffs,

                                  Case No. 4:11-cv-00317-WS-WCS

  v.

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES

       Defendant.

_____/

## NOTICE OF SETTLEMENT

       Plaintiffs hereby notify the Court, as required by N.D. Loc. R. 16.2(A) and pursuant to this Court's Order Granting Parties' Joint Motion to Stay Discovery [(Doc. 50)], that this matter has been amicably resolved between the parties and a settlement agreement has been finalized. Following the parties' execution of the settlement agreement, Plaintiffs will file a motion to dismiss with prejudice.

                         Respectfully Submitted,

                         _____/s/_____

                         Brooke E. Lierman

                         Daniel F. Goldstein, Fed. Bar No. 01036
                         Sharon Krevor-Weisbaum, Fed. Bar 04773
                         Brooke E. Lierman, Fed. Bar No. 17879
                         BROWN GOLDSTEIN & LEVY LLP
                         120 E. Baltimore Street
                         Baltimore, MD 21202
                         P: 410-962-1030
                         F: 410-385-0869
                         dfg@browngold.com

skw@browngold.com
bel@browngold.com


Matthew Dietz
Matthew Dietz, FL Bar No. 0084905
LAW OFFICES OF M. DIETZ
2990 SW 35th Avenue
Miami, Florida 33133
P: 305-669-2822
MatthewDietz@USDisabilityLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2012, copies of Plaintiffs'

Notice of Settlement were served by the court's e-filing system on:

> Robert J. Sniffen
> Lindsey L. Dunn
> Michael P. Spellman
> SNIFFEN & SPELLMAN, P.A.
> 123 North Monroe Street
> Tallahassee, Florida 32301
> Tel: (850) 205-1996
> Fax: (850) 205-3004

    /s/        
Brooke E. Lierman
