**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CHRISTOPHER SHANE TOTH and
JAMIE ANN PRINCIPATO

      VS                                        CASE NO.  4:11CV317-WS/WCS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES

**JUDGMENT**

"All claims are dismissed with prejudice."

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

| | |
|---|---|
| March 2, 2012 | s/ David L. Thomas |
| DATE | Deputy Clerk: David Thomas |